DATE: March 25, 2019

FROM: Lloyd B. Carr
#11136-088
c/o Dismas Charities, Inc.
113 Edgar Street
St. Albans, WV 25177

TO: Clerk, U.S. District Court
Robert C. Byrd U.S. Courthouse
300 Virginia Str., East, Rm. 2400
Charleston, WV 25301

To Whom It May Concern,

\* Please send all correspondence to the New Address: c/o Dismas Charities, Inc.
Attn: Lloyd B. Carr #11136-088
113 Edgar Street
St. Albans, WV 25177

\* Thank you, for your cooperation. My Case Number is, 6:12-cr-00210, and 2:18-cv-01188.

Sincerely,

[signature] #11136-088
03-25-19

P.S. Please send me an updated docket report, to the New Address. Thank you.

Lloyd Carr
113 Edgar Street
St. Albans, WV 25177

Clerk, U.S. District Court
Robert C. Byrd U.S. Courthouse
300 Virginia Street, East, Rm. 2400
Charleston, WV 25301

CHARLESTON WV 253

25301-253900

RECEIVED
MAR 27 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia